Fill in this information to identify the case:
Debtor name: ATSI, Inc.
United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS
Case number (if known): 22-30135

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0048 | | | | | | $25,000.00 |
| Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19850 | | | | | | $9,333.33 |
| Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19850 | | | | | | $9,333.33 |
| Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19850 | | | | | | $9,333.33 |
| BFS Capital<br>1970 Oakcrest Ave, Suite 217<br>Saint Paul, MN 55113 | | | | | | $14,000.00 |
| EP Leasing, LLC<br>P.O. Box 290775<br>El Paso, TX 79935 | | Trailer leases | | | | $8,330.00 |
| LoanBuilder<br>3505 Silverside Rd. Suite 200<br>Wilmington, DE 19810 | | | | | | $4,627.00 |
| On Deck Capital<br>1400 Broadway 25th Floor<br>New York, NY 10018-5225 | | | | | | $27,924.00 |
| S.W.I.T.<br>2959 Irving, Blvd.<br>Dallas, TX 75247 | | | | | | $70,000.00 |

Official form 204 — Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims — page 1

| Debtor | ATSI, Inc. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| World Global Capital<br>116 Nassau Street,<br>Suite 804<br>New York, NY 10038 | | | | | | $3,700.00 |