**The relief described hereinbelow is SO ORDERED.**

**Signed April 14, 2022.**

                                                                **H. CHRISTOPHER MOTT**
                                                                **UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| ATSI, INC. | § | CASE NO. 22-30135-hcm |
|             Debtor. | § | (Chapter 11; Subchapter V) |

**ORDER DENYING DEBTOR'S MOTION FOR SUBSTANTIVE**
**CONSOLIDATION OF SUBCHAPTER V CASES, WITHOUT PREJUDICE**

On April 14, 2022, the Court conducted a status hearing on Debtor's Motion for Substantive Consolidation of Subchapter V Cases ("Motion")(dkt# 19) filed by ATSI, Inc. ("Debtor"). Appearing at the hearing were counsel for the Debtor, counsel for the U.S. Trustee, the Subchapter V trustee, and other interested parties. After considering the statements and arguments of counsel and the Subchapter V trustee, the Court finds that the following Order should be entered on the Motion.

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. The Debtor's Motion for Substantive Consolidation of Subchapter V Cases ("Motion")(dkt# 19) filed by ATSI, Inc. ("Debtor") is hereby DENIED.

2. This Order is without prejudice for the Debtor to seek substantive consolidation in Joint Plan of Reorganization with Advance Transportation Services, Incorporated,

debtor in case no. 21-30906, and is without prejudice for the Debtor to file a Motion for Joint Administration with Advance Transportation Services, Incorporated.

# # #